**Theron J. BARTELL, Plaintiff–Appellant,**

v.

**EQUAL EMPLOYMENT OPPOR-
TUNITY COMMISSION, De-
fendant–Appellee.**

No. 02–1633.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Theron J. Bartell, Appellant Pro Se.
James C. Allison, Susan Elizabeth Mur-
phy, Louis Lopez, Equal Employment Op-
portunity Commission, Washington, D.C.,
for Appellee.

Before WIDENER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Theron J. Bartell appeals the district
court's order denying his motion for recon-
sideration of the order dismissing his ac-
tion against the Equal Employment Op-
portunity Commission. We have reviewed
the record and the district court's opinion
and find no reversible error. Accordingly,
we affirm on the reasoning of the district
court. *Bartell v. EEOC,* No. CA–00–453
(W.D.N.C. Apr. 30, 2002). We dispense
with oral argument because the facts and

legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*